IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AUTUMN TIARA TATIYANA NICOL )
WILLIAMS,                    )
                             )
            Petitioner,      )
                             )   1:25-cv-428
     v.                      )
                             )
USA,                         )
                             )
            Respondent.      )

### ORDER

On July 7, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing on the proper forms, accompanied by the fee or an application to proceed in forma pauperis, in the proper district.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction

nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 13th day of November, 2025.

                                          /s/ William L. Osteen, Jr.
                                            United States District Judge

- 2 -

Case 1:25-cv-00428-WO-JEP    Document 4    Filed 11/13/25    Page 2 of 2